IH-32  Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

GUOTAIQIXING BIOMEDICAL
INTERNATIONAL (S) PTE. LTD.,

| Plaintiff | Case Number |
|---|---|
| vs. | 24-cv-3143 |
| XUEFENG DAI | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

KHAN FUNDS MANAGEMENT
AMERICA, INC. and XUEFENG DAI,

| Plaintiff | Case Number |
|---|---|
| vs. | Case No. 22-cv-05055 (ER) |
| NATIONS TECHNOLOGIES INC., NATIONS TECHNOLOGIES (USA) INC., SHENZHEN QIANHAI NATIONS INVESTMENT MANAGEMENT CO. LTD., ZHAOXUE LUO, YINGTONG SUN, BAOXIN HUANG, JUNEE YU, YAPING CHEN, HUAXIA GENERAL PROCESSOR TECHNOLOGIES INC., OPTIMUM SEMICONDUCTOR TECHNOLOGIES INC. d/b/a GENERAL PROCESSOR TECHNOLOGIES, KEYI LI, and DOES 1-20, | |
| Defendant | |

IH-32                                                      Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

On September 19, 2023, Judge Ramos denied Nations Defendants' (Nations Technologies Inc. and Nations Technologies (USA) Inc.) motion to dismiss and granted Defendant OST's motion to dismiss. Individual Defendants Zhaoxue Luo, Junee Yu, Yingtong Sun, and Baoxin Huang have until May 6, 2024 to answer or otherwise respond to Plaintiffs' complaint. In the event that Individual Defendants file a motion under Rule 12(b) of the Federal Rules of Civil Procedure, Plaintiffs then have until June 20, 2024 to file an opposition and Defendants have until July 11, 2024 to file a reply. Defendants' motion for leave to serve Defendant Nations Investment by alternative service is pending.

**Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.**

In the newly filed removed case, Plaintiff GTQX seeks to enforce a Singaporean judgment against Eric Dai, one of the plaintiffs in the earlier filed federal RICO action. That Singaporean judgment is based on many of the same series of events as Dai's claims in the RICO action, and in the RICO action Dai seeks, inter alia, an injunction against enforcement of the Singaporean judgment in the United States.

GTQX, the Plaintiff in the newly filed case, moreover, is a wholly-owned subsidiary of an entity whose limited partner is Nations Investment, one of the defendants in the earlier filed case. Nations Investment is a subsidiary of Nations Technologies Inc., another defendant in the earlier filed case, and all three entities share a management team. GTQX thus represents the same interests as defendants in the earlier filed case.

Signature: /s/ Akiva Shapiro        Date: 4/24/2024

Firm: Gibson, Dunn and Crutcher LLP