# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUOTAIQIXING BIOMEDICAL
INTERNATIONAL (S) PTE. LTD.,

                    Plaintiff,

v.

XUEFENG DAI

                    Defendant.

Civil Action No. 24-cv-03142 (ER)

> Defendants are directed to file their opposition by June 11, 2024, and Plaintiff is directed to file their reply by June 18, 2024. SO ORDERED.
>
> *Edgardo Ramos, U.S.D.J.*
> Dated: 5/28/24
> New York, New York

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff Guotaiqixing Biomedical International (S) Pte. Ltd. ("GTQX") moves under 28 U.S.C. § 1447(c) to remand this action to the Supreme Court of the State of New York, New York County, where it was originally filed, and for an award of attorneys' fees and costs.

In support of this motion, GTQX submits the accompanying Memorandum of Law, and the Declaration of Benjamin Bloodstein, Esq. and exhibits attached thereto ("Bloodstein Decl.").

As further explained in its Memorandum of Law, GTQX files this Notice of Motion rather than a letter motion for pre-motion conference because GTQX believes that delay may result in the loss of a right. *See* Individual Practices of Judge Edgardo Ramos at 2.A.ii. Specifically, GTQX has recently learned that, only five days after Defendant Xuefeng Dai removed this state-law action to recognize and enforce a foreign judgment, Dai sold property in Florida in flagrant violation of that same foreign judgment, which included an order freezing Dai's assets. *See* Bloodstein Decl. ¶ 13. Dai's undisclosed sale of the Florida property is only the latest in a pattern of bad faith conduct meant to forestall GTQX's recovery. *See Id.* ¶ 7. Dai's groundless removal of this action

-2-

was clearly intended to delay enforcement of the foreign judgment while Dai flagrantly violates the freeze order. Further delay of this action will prejudice GTQX by preventing it from enforcing the judgment and order until it is too late.

Dated: May 24, 2024

        NORTON ROSE FULBRIGHT US LLP

        By: */s/ Benjamin D. Bloodstein*

        Benjamin D. Bloodstein
        1301 Avenue of the Americas
        New York, New York 10019
        Tel: (212) 318-3000
        Fax: (212) 318-3400
        benjamin.bloodstein@nortonrosefulbright.com

        Brian A. Sun (*pro hac vice forthcoming*)
        Christopher Pelham (*pro hac vice forthcoming*)
        555 South Flower Street
        Forty-First Floor
        Los Angeles California 90071
        Tel: (213) 892-9200
        brian.sun@nortonrosefulbright.com
        christopher.pelham@nortonrosefulbright.com

        *Attorneys for Plaintiff Guotaiqixing Biomedical International (S) Pte. Ltd.*