UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUOTAIQIXING BIOMEDICAL
INTERNATIONAL (S) PTE. LTD.,

                    Plaintiff,

-*against*-

XUEFENG DAI,

                    Defendant.

**ORDER**

24-cv-03142 (ER)

RAMOS, D.J.:

      Before the Court, there is a pending action for recognition of a foreign judgment pursuant to New York's Uniform Foreign Country Money Judgment.[1] These two parties are also involved in a case pending in the Circuit Court of the Seventeenth Judicial Circuit of Florida, *Guotaiqixing Biomedical International (S) Pte. Ltd. v. Xuefeng Dai et al.*, CACE-24-007892, concerning the enforceability *vel non* of the same foreign judgment. There is also pending, in the Florida case, a motion for summary judgment, filed on December 17, 2024 by Dai. The Court stays the instant action for the lesser of 90 days or until the motion for summary judgment in the related case in Florida is resolved. Within 7 days of the triggering event, the parties will file a status update and proposed next steps.

It is SO ORDERED.

Dated:    January 8, 2025
             New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.

---

[1] On November 18, 2024, this case was consolidated with *Khan Funds Management America, Inc. et al. v. Nations Technologies Inc. et al.*, No. 22-cv-05055 (ER). The other case has a pending action for civil racketeering, conspiracy, and fraud.