UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUOTAIQIXING BIOMEDICAL
INTERNATIONAL (S) PTE. LTD.,

                            Plaintiff,                    **ORDER**

            -*against*-                                   24-cv-03142 (ER)

XUEFENG DAI,

                            Defendant.

RAMOS, D.J.:

Before the Court is a pending action for recognition of a foreign judgment pursuant to New York's Uniform Foreign Country Money Judgment.[1]  On January 8, 2025, the Court stayed the instant action for the lesser of 90 days or until the motion for summary judgment in a related case in Florida was resolved.  Doc. 23.  The Court directed the parties to file a status update with proposed next steps within 7 days of the triggering event.  *Id.*  On April 15, 2025, the parties requested to continue to stay for the sooner of 60 days or until the motion in the related case in Florida was decided, which the Court granted.  Docs. 24, 25.  On June 4, 2025, the parties reported that on May 28, 2025, the Florida court denied Dai's motion for summary judgment on his counterclaim seeking a declaratory judgment that GTQX is precluded from enforcing the Singapore Judgment in Florida.  Doc. 29 at 1.  The parties agreed that the temporary stay of GTQX's enforcement action should be lifted, but disagreed on the appropriate next steps.  *Id.*

The Court lifts the stay of the instant action.  The Court further directs the parties to proceed with discovery in parallel with the consolidated action, *Khan Funds Management America, Inc. et al. v. Nations Technologies Inc. et al.*, No. 22-cv-05055 (ER), and file motions for summary judgment following the completion of discovery.

---

[1] On November 18, 2024, this case was consolidated with *Khan Funds Management America, Inc. et al. v. Nations Technologies Inc. et al.*, No. 22-cv-05055 (ER).

It is SO ORDERED.

Dated:    June 13, 2025
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.