UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUOTAIQIXING BIOMEDICAL INTERNATIONAL (S) PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> XUEFENG DAI. <br><br> Defendant. | **MEMO ENDORSED** <br><br> Civil Action No. 24-cv-03142-ER |

### NOTICE OF MOTION FOR RECONSIDERATION OR MODIFICATION BY PLAINTIFF GUOTAIQIXING BIOMEDICAL INTERNATIONAL (S) PTE. LTD.

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support of the Motion for Reconsideration or Modification of the Court's June 13, 2025 Order, Plaintiff Guotaiqixing Biomedical International (S) Pte. Ltd. ("GTQX") will move this Court before the Honorable Edgardo Ramos, of the United States District Court for the Southern District of New York, at the United States Courthouse located at 40 Foley Square, New York, New York, for an Order, pursuant to Local Civil Rule 6.3, modifying the Court's Order of June 13, 2025 (ECF No. 30), and granting such other and further relief as the Court deems just and proper.

> Defendant is directed to file an opposition by July 18, 2025, and Plaintiff is directed to file a reply by July 25, 2025.
>
> SO ORDERED.
>
> *[signature]*
> Edgardo Ramos, U.S.D.J.
> Dated: June 30, 2025
> New York, New York

Dated: June 27, 2025

                                      NORTON ROSE FULBRIGHT US LLP

                                      By: */s/ Victoria V. Corder*

                                      Victoria V. Corder
                                      Benjamin D. Bloodstein
                                      1301 Avenue of the Americas
                                      New York, New York 10019
                                      Tel: (212) 318-3000
                                      Fax: (212) 318-3400
                                      victoria.corder@nortonrosefulbright.com
                                      benjamin.bloodstein@nortonrosefulbright.com

                                      Peter B. Siegal
                                      799 9th Street NW, Suite 1000
                                      Washington, DC 20001
                                      Tel: (202) 662-0200
                                      Fax: (202) 662-4643
                                      peter.siegal@nortonrosefulbright.com

                                      *Attorneys for Plaintiff Guotaiqixing*
                                      *Biomedical International (S) Pte. Ltd.*