UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUOTAIQIXING BIOMEDICAL
INTERNATIONAL (S) PTE. LTD.,

                              Plaintiff,

          – against –

XUEFENG DAI,

                              Defendant.

**ORDER**

24-cv-03142 (ER)

RAMOS, D.J.:

 Guotaiqixing Biomedical Int'l (s) Pte. Ltd. filed a motion for a prejudgment order of attachment and temporary restraining order against Xuefeng Dai on February 6, 2026. Doc. 59, 65.  The Court denied the motion for a temporary restraining order on February 9, 2026, Doc. 67, and held a hearing on the motion for an order of attachment on February 17, 2026.  The motion for an order of attachment is DENIED for the reasons set forth on the record.

 It is SO ORDERED.

Dated: February 17, 2026
   New York, New York

_____
EDGARDO RAMOS, U.S.D.J.