UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUOTAIQIXING BIOMEDICAL
INTERNATIONAL (S) PTE. LTD.,

                        Plaintiff,

        – against –

XUEFENG DAI,

                        Defendant.

**ORDER**

24-cv-03142 (ER)

RAMOS, D.J.:

Guotaiqixing Biomedical Int'l (s) Pte. Ltd. ("GTQX") filed an emergency motion to compel and enter a proposed revised scheduling order on February 24, 2026. Doc. 80. Xuefeng Dai filed a response on February 26, 2026, Doc. 83, and the Court held a conference on the motion on February 27, 2026. The motion is DENIED for the reasons set forth on the record.

Dai is further directed to provide advance notice to GTQX of the sale or disposal of any assets, including real property, that he owns directly or indirectly, ten days before any such sale or disposal. This includes, but is not limited to, the property located at 6300 Riverside Drive, Parkland, Florida. To permit Dai to retain counsel, discovery in the consolidated actions will also be stayed until April 13, 2026.

The Clerk of the Court is respectfully directed to terminate the motion. Doc. 80.

It is SO ORDERED.

Dated:    March 2, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.